| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Stamp (Jr.), Frederick P. | 2. Court or Organization USDC/Northern West Virginia | 3. Date of Report 05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address P.O. Box 791 Wheeling, WV 26003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee-Emeritus | The Linsly School, Incorporated |
| 2. Trustee-Emeritus | University of Richmond |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Stamp, (Jr.), Frederick P.

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | 2010 | Self-Employed Jewelry Manufacturing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Alcoa | A | Dividend | | | Sold | 08/15/10 | L | | |
| 2. Alcoa | A | Dividend | L | T | Buy | 10/31/10 | L | | |
| 3. AT&T | B | Dividend | K | T | Buy | 11/01/10 | K | | |
| 4. Automatic Data Processing | D | Dividend | N | T | | | | | |
| 5. JP Morgan Chase & Co | C | Dividend | O | T | Sold (part) | 05/05/10 | K | E | |
| 6. Bristol Myers Squibb Co. | E | Dividend | O | T | Distributed (part) | 12/22/10 | M | | |
| 7. | | | | | Sold (part) | 05/05/10 | K | E | |
| 8. Burlington Northern Santa Fe | A | Dividend | | | Sold | 02/17/10 | K | D | |
| 9. Coca-Cola Co | E | Dividend | O | T | Distributed (part) | 12/22/10 | L | | |
| 10. Chevron Corp | C | Dividend | M | T | Buy | 11/01/10 | M | | |
| 11. Conocophillips | D | Dividend | M | T | | | | | |
| 12. Dow Chemical Co | B | Dividend | M | T | | | | | |
| 13. EMC Corp Mass | | None | M | T | | | | | |
| 14. Exxon Mobil Corp Com | D | Dividend | N | T | | | | | |
| 15. General Electric | D | Dividend | N | T | | | | | |
| 16. Google Inc | | None | | | Sold | 05/05/10 | M | | |
| 17. Google Inc | | None | M | T | Buy | 06/30/10 | M | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hazlett, Burt & Watson, Inc. | | None | O | T | | | | | |
| 19. Intel Corp | D | Dividend | M | T | | | | | |
| 20. Zimmer Holdings | | None | N | T | | | | | |
| 21. 3M Company | B | Dividend | L | T | | | | | |
| 22. Century Properties V LP | D | Rent | K | W | | | | | |
| 23. Century Properties X LP | C | Rent | M | W | | | | | |
| 24. Century Properties XI LP | D | Rent | M | W | | | | | |
| 25. Century Properties XII LP | A | Rent | L | W | | | | | |
| 26. Century Properties XIV LP | B | Rent | L | W | | | | | |
| 27. Century Properties XV LP | A | Rent | M | W | | | | | |
| 28. Century Properties XVI LP | A | Rent | M | W | | | | | |
| 29. Century Properties XVIII LP | A | Rent | M | W | | | | | |
| 30. Century Properties XIX LP | A | Rent | L | W | Buy | 01/24/10 | L | | |
| 31. 1990 Fed L Tax Credit Partners | A | Interest | J | W | | | | | |
| 32. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | | | Matured | 07/01/10 | K | | |
| 33. Raleigh Cnty WV Bldg Comm 3.6% due 12/1/10 | B | Interest | | | Matured | 12/01/10 | K | | |
| 34. WV ST RD 4.25% Due 6/1/10 | B | Interest | | | Matured | 06/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WV Econ Dev 4.15% Due 7/15/11 | B | Interest | K | T | | | | | |
| 36. WV Econ Dev 4.7% Due 11/1/12 | B | Interest | L | T | | | | | |
| 37. WV St Hsg 4.9% due 11/1/14 | C | Interest | | | Sold | 11/01/10 | L | | |
| 38. MFS WV Muni Bond Fund | E | Interest | O | T | Buy (add'l) | 12/31/10 | K | | |
| 39. FHLM 2.75% due 4/28/14 | C | Interest | | | Sold | 04/28/10 | L | | |
| 40. FNMA 3.2% due 4/27/15 | C | Interest | | | Sold | 07/27/10 | L | | |
| 41. American Century Vista | | None | M | T | | | | | |
| 42. T Rowe Price New Horizons | | None | M | T | Buy (add'l) | 12/15/10 | J | | |
| 43. Prime Fund Capital Reserves "C" | A | Interest | N | T | | | | | |
| 44. Air Products & Chemicals Inc | D | Dividend | O | T | | | | | |
| 45. Allergan Inc | A | Dividend | M | T | | | | | |
| 46. Apple Computer Inc | | None | N | T | | | | | |
| 47. CR Bard Inc | B | Dividend | M | T | | | | | |
| 48. Caterpillar | C | Dividend | M | T | | | | | |
| 49. Walt Disney Co | C | Dividend | N | T | | | | | |
| 50. Home Depot | D | Dividend | N | T | | | | | |
| 51. Ishares TR Future Issues China | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares-TR MSCI Emerging Market Index Fund | B | Dividend | M | T | | | | | |
| 53. Ishares Tr S&P Latin America 40 | A | Dividend | K | T | | | | | |
| 54. Microsoft | D | Dividend | N | T | | | | | |
| 55. NYSE Euronext | C | Dividend | L | T | | | | | |
| 56. Paychex Inc | C | Dividend | M | T | | | | | |
| 57. Pepsico | D | Dividend | N | T | | | | | |
| 58. Pinnacle West Cap CP | C | Dividend | L | T | | | | | |
| 59. Potash Corp Sask Inc | A | Dividend | | | Sold | 08/25/10 | M | F | |
| 60. Proctor & Gamble Co. | D | Dividend | M | T | | | | | |
| 61. Roper Industries Inc | C | Dividend | O | T | Sold (part) | 05/05/10 | L | F | |
| 62. Schlumberger Ltd | C | Dividend | N | T | | | | | |
| 63. Varian Med Sys Inc | | None | N | T | | | | | |
| 64. Verizon Communications | B | Dividend | K | T | Buy | 05/05/10 | L | | |
| 65. | | | | | Buy (add'l) | 11/01/10 | K | | |
| 66. | | | | | Sold (part) | 08/25/10 | K | | |
| 67. | | | | | Sold (part) | 08/25/10 | L | | |
| 68. Walgreen Company | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 70. Chase Bank accounts | A | Interest | M | T | | | | | |
| 71. WesBanco Bank Accounts | A | Interest | L | T | | | | | |
| 72. FT Henry Club Stock | | None | J | T | | | | | |
| 73. General Mills | A | Dividend | J | T | | | | | |
| 74. WesBanco | A | Dividend | J | T | | | | | |
| 75. ▨▨▨▨▨▨▨ | D | Rent | N | W | | | | | |
| 76. Riverview Assoc. | C | Rent | L | W | | | | | |
| 77. IRA #1 (Security National) | E | Dividend | P1 | T | | | | | |
| 78. Assets of IRA #1 listed as aggregate amount: | | | | | | | | | |
| 79. Federated Prime Obligations Fund | | | | | | | | | |
| 80. Amgen | | | | | | | | | |
| 81. Affiliated Computer | | | | | Sold | 02/11/10 | J | | |
| 82. Xerox Corporation | | | | | Merged (with line 81) | 02/10/10 | K | | |
| 83. Xerox Corporation | | | | | Sold | 05/05/10 | K | | |
| 84. Bank of NY Mellon | | | | | | | | | |
| 85. Colgate Palmolive | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IBM | | | | | | | | | |
| 87. Intel Corp | | | | | | | | | |
| 88. Johnson & Johnson | | | | | | | | | |
| 89. BHP Billiton LTD | | | | | | | | | |
| 90. Cisco Systems Inc | | | | | | | | | |
| 91. Computer Sciences | | | | | | | | | |
| 92. Dominion Resources Inc | | | | | | | | | |
| 93. Home Depot Inc | | | | | | | | | |
| 94. Procter & Gamble Company | | | | | | | | | |
| 95. Pepsico Inc | | | | | | | | | |
| 96. Quest Diagnostics | | | | | | | | | |
| 97. General Electric Co. | | | | | | | | | |
| 98. Kimberly Clark Corp | | | | | | | | | |
| 99. Microsoft | | | | | | | | | |
| 100. Omnicom Group | | | | | | | | | |
| 101. Schlumberger Ltd | | | | | | | | | |
| 102. AT&T Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Exxon Mobil Corp | | | | | | | | | |
| 104. Thermo Fisher | | | | | | | | | |
| 105. EMC Corporation | | | | | | | | | |
| 106. United Technologies | | | | | | | | | |
| 107. Verizon | | | | | | | | | |
| 108. Frontier Communications | | | | | Spinoff (from line 107) | 07/07/10 | J | | |
| 109. Frontier Communications | | | | | Sold | 08/24/10 | J | | |
| 110. Walt Disney Co | | | | | | | | | |
| 111. Trust #2 (Security National) | G | Dividend | P2 | T | | | | | |
| 112. Assets of Trust #2 listed as aggregate amount above | | | | | | | | | |
| 113. Federated Tax Free Obligations | | | | | | | | | |
| 114. BB&T WV Intermediate Tax Free Fund | | | | | Buy (add'l) | 05/07/10 | L | | |
| 115. Computer Sciences | | | | | | | | | |
| 116. Caterpillar Inc | | | | | | | | | |
| 117. CR Bard | | | | | | | | | |
| 118. Intel Corp | | | | | | | | | |
| 119. IBM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ishares MSCI Emerging Markets Index | | | | | Buy | 09/10/10 | K | | |
| 121. Ishares TR S&P Small Cap 600 Growth | | | | | Buy | 09/10/10 | K | | |
| 122. Ishares TR S&P Small Cap 600 Value | | | | | Buy | 09/10/10 | K | | |
| 123. Johnson & Johnson | | | | | Sold | 09/10/10 | L | | |
| 124. Johnson & Johnson | | | | | Buy | 10/14/10 | L | | |
| 125. Johnson & Johnson | | | | | Buy (add'l) | 11/16/10 | K | | |
| 126. Kraft Foods | | | | | | | | | |
| 127. Constellation Brands | | | | | | | | | |
| 128. Devon Energy | | | | | | | | | |
| 129. EMC Corp | | | | | | | | | |
| 130. The Bank of NY Mellon | | | | | | | | | |
| 131. Procter & Gamble Company | | | | | | | | | |
| 132. Progress Energy | | | | | | | | | |
| 133. Quest Diagnostics | | | | | Sold | 09/10/10 | L | | |
| 134. Quest Diagnostics | | | | | Buy | 10/14/10 | L | | |
| 135. Schlumberger LTD | | | | | | | | | |
| 136. Bristol-Myers Squibb Co. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Zimmer Holdings | | | | | | | | | |
| 138. 3M | | | | | | | | | |
| 139. Omnicom Group | | | | | | | | | |
| 140. BP PLC | | | | | Sold | 06/10/10 | L | F | |
| 141. Chevron Corp | | | | | | | | | |
| 142. Cisco Systems | | | | | Sold | 09/10/10 | K | | |
| 143. Cisco Systems | | | | | Buy | 10/14/10 | K | | |
| 144. Walt Disney Co | | | | | | | | | |
| 145. Weyerhaeuser Company | | | | | Sold (part) | 09/10/10 | K | | |
| 146. Target | | | | | | | | | |
| 147. Thermo Fisher | | | | | | | | | |
| 148. Altria Group Inc | | | | | | | | | |
| 149. Union Pacific Corp | | | | | | | | | |
| 150. United Technologies Corp | | | | | | | | | |
| 151. Verizon Communications | | | | | Sold | 05/07/10 | K | | |
| 152. Verizon Communications | | | | | Buy | 06/09/10 | K | | |
| 153. Verizon Communications | | | | | Buy (add'l) | 09/10/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Frontier Communications | | | | | Spinoff (from line 152) | 07/07/10 | J | | |
| 155. Frontier Communications | | | | | Sold | 09/10/10 | J | A | |
| 156. Abbott Labs | . | | | | | | | | |
| 157. Air Products & Chemicals | | | | | | | | | |
| 158. Apple Inc | | | | | Buy | 09/10/10 | K | | |
| 159. AT&T | | | | | | | | | |
| 160. BHP Billiton LTD | | | | | | | | | |
| 161. Exxon Mobil Corp | | | | | | | | | |
| 162. General Mills Inc. | | | | | | | | | |
| 163. Google Inc | | | | | Buy | 09/10/10 | K | | |
| 164. Grainger WW Inc | | | | | | | | | |
| 165. Home Depot | | | | | Buy (add'l) | 11/26/10 | K | | |
| 166. Microsoft Corp Com | | | | | | | | | |
| 167. Oracle Corp Com | | | | | | | | | |
| 168. Philip Morris Intl Inc | | | | | | | | | |
| 169. CVS | | | | | | | | | |
| 170. Trust #3 | G | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Assets of Trust #3 listed as aggregate amount above: | | | | | | | | | |
| 172.  3M | | | | | Sold | 02/26/10 | K | C | |
| 173.  Artio International Equity Fund II | | | | | Buy | 03/01/10 | M | | |
| 174.  Aston FDS Tamro Small Cap Fd Cl I | | | | | Buy (add'l) | 12/30/10 | J | | |
| 175.  Pepsico | | | | | Sold (part) | 06/30/10 | J | B | |
| 176.  Pepsico | | | | | Sold (part) | 09/29/10 | J | B | |
| 177.  Philip Morris Int'l Inc | | | | | Sold (part) | 09/29/10 | J | C | |
| 178.  Altria Group Inc | | | | | Sold | 03/25/10 | J | D | |
| 179.  Intel Corp | | | | | | | | | |
| 180.  Genuine Parts Co. | | | | | Sold (part) | 09/29/10 | J | D | |
| 181.  Chevron Corp | | | | | Sold | 02/26/10 | L | E | |
| 182.  Manning & Napier World Opportunity Ser Cl A | | | | | Buy (add'l) | 12/10/10 | J | | |
| 183.  Threadneedle Asia Pacific Fund | | | | | Buy | 06/18/10 | K | | |
| 184.  Threadneedle Asia Pacific Fund | | | | | Buy (add'l) | 06/29/10 | L | . | |
| 185.  Marathon Oil Corp | | | | | Sold | 02/26/10 | J | D | |
| 186.  T Rowe Price International Funds New Asia FD | | | | | Buy | 03/01/10 | M | | |
| 187.  Eaton Vance Floating Rate | | | | | Buy | 09/20/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Eaton Vance Mutual Sh Tr Global Macro | | | | | Buy | 06/30/10 | L | | |
| 189. Eaton Vance Mutual Sh Tr Global Macro | | | | | Buy (add'l) | 10/14/10 | J | | |
| 190. Arbitrage Funds I CL I | | | | | Buy | 09/10/10 | L | | |
| 191. Arbitrage Funds I CL I | | | | | Buy (add'l) | 10/14/10 | J | | |
| 192. Arbitrage Funds I CL I | | | | | Buy (add'l) | 12/20/10 | J | | |
| 193. Yum Brands | | | | | | | | | |
| 194. Bristol-Myers Squibb | | | | | Sold (part) | 06/30/10 | J | D | |
| 195. Bristol-Myers Squibb | | | | | Sold (part) | 09/29/10 | J | D | |
| 196. Bristol-Myers Squibb | | | | | Sold (part) | 10/18/10 | J | D | |
| 197. Canadian Nat'l Ry Co | | | | | Sold (part) | 06/30/10 | K | E | |
| 198. Canadian Nat'l Ry Co | | | | | Sold (part) | 09/29/10 | J | C | |
| 199. Canadian Nat'l Ry Co | | | | | Sold (part) | 10/18/10 | J | C | |
| 200. Occidental Pete Corp | | | | | Sold (part) | 02/26/10 | J | D | |
| 201. Old Mutual Analytic US LG SH Fd | | | | | Sold | 08/19/10 | K | C | |
| 202. Raytheon Corp | | | | | | | | | |
| 203. Wisconsin Energy Corp | | | | | Sold (part) | 06/30/10 | J | C | |
| 204. Wisconsin Energy Corp | | | | | Sold (part) | 09/29/10 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Wisconsin Energy Corp | | | | | Sold (part) | 10/18/10 | J | C | |
| 206. Wells Fargo & Co | | | | | | | | | |
| 207. Entergy Corp New | | | | | Sold (part) | 06/30/10 | J | C | |
| 208. General Electric Company | | | | | Sold (part) | 06/30/10 | J | D | |
| 209. Hartford Mutual Capital Appreciation Fd I | | | | | Sold (part) | 11/05/10 | K | D | |
| 210. International Business Mach Corp | | | | | | | | | |
| 211. Ishares Cohen & Steers Rlty | | | | | Buy (add'l) | 09/14/10 | J | | |
| 212. Ishares Cohen & Steers Rlty | | | | | Buy (add'l) | 10/18/10 | K | | |
| 213. Ishares MSCI All CNTRY Asia Ex JP FD | | | | | | | | | |
| 214. Ishares MSCI EAFE Index Fund | | | | | Buy | 03/03/10 | K | | |
| 215. Ishares MSCI EAFE Index Fund | | | | | Sold | 06/14/10 | K | | |
| 216. Ishares S&P Midcap 400 | | | | | Buy | 03/31/10 | L | | |
| 217. Ishares S&P Midcap 400 | | | | | Sold | 09/14/10 | K | | |
| 218. Powershares DB Commodity Index | | | | | Buy | 05/13/10 | K | | |
| 219. Archer Daniels Midland | | | | | | | | | |
| 220. Eagle Ser Mid Cap Stock Fd Class I | | | | | | | | | |
| 221. BP PLC | | | | | Sold (part) | 02/26/10 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  BP PLC | | | | | Sold (part) | 03/25/10 | L | E | |
| 223.  BP PLC | | | | | Sold | 05/07/10 | K | E | |
| 224.  Exxon Mobil Corp | | | | | Sold (part) | 02/26/10 | K | E | |
| 225.  Exxon Mobil Corp | | | | | Sold (part) | 06/30/10 | K | E | |
| 226.  Exxon Mobil Corp | | | | | Sold (part) | 09/29/10 | K | E | |
| 227.  Exxon Mobil Corp | | | | | Sold (part) | 10/18/10 | K | E | |
| 228.  Johnson & Johnson | | | | | | | | | |
| 229.  JPMorgan Depo Sweep Premier | | | | | Redeemed | 12/30/10 | M | | |
| 230.  Federated Tax-Free Obligation Fund | | | | | Buy | 12/30/10 | M | | |
| 231.  JPMorgan Tr I Highbridge Stat Mkt Natural Select | | | | | Sold (part) | 04/16/10 | J | | |
| 232.  JPMorgan Tr I Highbridge Stat Mkt Natural Select | | | | | Sold | 09/10/10 | L | | |
| 233.  JPMorgan Intrepid America Fd | | | | | Sold | 05/11/10 | J | A | |
| 234.  JPMorgan International Value Fd | | | | | Sold | 06/18/10 | K | C | |
| 235.  JPMorgan Tax Free Money Market Premier Sweep | | | | | Redeemed | 12/30/10 | J | | |
| 236.  JPMorgan Intermed TaxFree Bond | | | | | Buy (add'l) | 12/15/10 | J | | |
| 237.  JPMorgan Muni Income Fund | | | | | | | | | |
| 238.  JPMorgan High Yield Bond Fund | | | | | Buy (add'l) | 12/15/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. JP Morgan Research Market Neutral Fund | | | | | Buy | 05/11/10 | L | | |
| 240. JP Morgan Research Market Neutral Fund | | | | | Buy (add'l) | 09/10/10 | J | | |
| 241. JP Morgan Research Market Neutral Fund | | | | | Buy (add'l) | 10/14/10 | J | | |
| 242. JPMorgan Tr I Tax Aware Real Rtn Fd | | | | | Sold (part) | 05/11/10 | L | D | |
| 243. Payden High Income Fund | | | | | | | | | |
| 244. Kimberly Clark Corporation | | | | | Sold | 03/25/10 | K | D | |
| 245. Kraft Foods | | | | | Sold | 02/26/10 | J | D | |
| 246. Fidelity Advisor High Inc Adv | | | | | | | | | |
| 247. Hartford Mid Cap FD I | | | | | Buy | 03/29/10 | K | | |
| 248. General Mills | | | | | Sold (part) | 06/30/10 | J | C | |
| 249. General Mills | | | | | Sold (part) | 09/29/10 | J | C | |
| 250. General Mills | | | | | Sold (part) | 10/18/10 | J | C | |
| 251. Verizon | | | | | | | | | |
| 252. Frontier Communications | | | | | Spinoff (from line 251) | 07/08/10 | J | | |
| 253. Hewlett Packard Co | | | | | | | | | |
| 254. Microsoft Corp Com | | | | | Sold (part) | 10/18/10 | J | D | |
| 255. Cisco Systems | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Coca-Cola | | | | | Sold (part) | 10/18/10 | K | D | |
| 257. Colgate Palmolive Co | | | | | Sold (part) | 06/30/10 | K | D | |
| 258. Vanguard Emerging Mkt ETF | | | | | Buy | 09/04/10 | K | | |
| 259. Vanguard Emerging Mkt ETF | | | | | Buy (add'l) | 10/18/10 | L | | |
| 260. Vanguard Emerging Mkt ETF | | | | | Buy (add'l) | 11/19/10 | K | | |
| 261. Trust #4 (Security National) | D | Dividend | N | T | | | | | |
| 262. Assets of Trust #4 listed as aggregate amount: | | | | | | | | | |
| 263. Federated Government Obligations Fund | | | | | | | | | |
| 264. 3M Co | | | | | | | | | |
| 265. AT&T | | | | | | | | | |
| 266. BP Amoco ADS | | | | | Sold | 06/10/10 | J | | |
| 267. BHP Billiton LTD | | | | | | | | | |
| 268. Duke Energy | | | | | | | | | |
| 269. Emerson Electric | | | | | | | | | |
| 270. General Electric | | | | | | | | | |
| 271. Abbott Labs | | | | | | | | | |
| 272. Computer Sciences | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Colgate Palmolive | | | | | | | | | |
| 274. Conocophillips Com | | | | | | | | | |
| 275. IBM | | | | | | | | | |
| 276. Intel Corp | | | | | | | | | |
| 277. Kimberly Clark Corp | | | | | | | | | |
| 278. Pepsico | | | | | | | | | |
| 279. Proctor & Gamble | | | | | | | | | |
| 280. Quest Diagnostics | | | | | | | | | |
| 281. Schlumberger | | | | | | | | | |
| 282. United Technologies | | | | | | | | | |
| 283. Verizon Communications | | | | | | | | | |
| 284. Frontier Communications | | | | | Spinoff (from line 283) | 07/08/10 | J | | |
| 285. Frontier Communications | | | | | Sold | 08/26/10 | J | | |
| 286. Walt Disney Co | | | | | | | | | |
| 287. Thermo Fisher | | | | | | | | | |
| 288. Microsoft | | | | | Sold | 03/17/10 | J | | |
| 289. Progress Energy Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. IRA #2 (HBW) | A | Interest | L | T | | | | | |
| 291. Diamonds Trust Ser I | A | Dividend | | | Sold | 09/01/10 | J | | |
| 292. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 293. Powershares QQQ TR Uunit Ser A | A | Dividend | K | T | | | | | |
| 294. S&P Depository Rec | A | Dividend | J | T | | | | | |
| 295. S&P Dow Jones Indl Avg EFT | A | Dividend | J | T | Buy | 09/07/10 | J | | |
| 296. Prime Fund Capital Reserves "B" | A | Interest | M | T | | | | | |
| 297. Allergan Inc | A | Dividend | M | T | | | | | |
| 298. Caterpillar | C | Dividend | M | T | | | | | |
| 299. Coach Inc | C | Dividend | N | T | | | | | |
| 300. Coca Cola Inc | A | Dividend | K | T | Buy (add'l) | 12/01/10 | J | | |
| 301. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 302. Home Depot | C | Dividend | M | T | | | | | |
| 303. Ishares Tr FTSE Xin Hua China | A | Dividend | L | T | | | | | |
| 304. IShares TR MSCI Emerging Mkt | A | Dividend | L | T | | | | | |
| 305. Ishares Tr S&P Latin Amer 40 | A | Dividend | K | T | | | | | |
| 306. Microsoft Corp. | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Pepsico | D | Dividend | M | T | | | | | |
| 308. Pinnacle West Capital Corp | B | Dividend | K | T | | | | | |
| 309. Potash Corp Sask Inc | A | Dividend | | | Sold | 08/25/10 | L | E | |
| 310. Varian Med Svc Inc | | None | M | T | | | | | |
| 311. Walgreen Co | A | Dividend | K | T | | | | | |
| 312. Yum Brands Inc Com | B | Dividend | L | T | | | | | |
| 313. Zimmer Holdings | | None | | | Sold | 08/25/10 | K | | |
| 314. Zimmer Holdings | | None | L | T | Buy | 12/13/10 | L | | |
| 315. 3M Company | B | Dividend | L | T | | | | | |
| 316. Alcoa | A | Dividend | | | Sold | 08/25/10 | L | | |
| 317. Alcoa | A | Dividend | M | T | Buy | 09/20/10 | L | | |
| 318. Apple Computer Inc | | None | P1 | T | Sold (part) | 05/05/10 | L | F | |
| 319. AT&T | B | Dividend | K | T | Buy | 11/01/10 | K | | |
| 320. JP Morgan Chase & Co | A | Dividend | L | T | | | | | |
| 321. Bard CR Inc | A | Dividend | L | T | | | | | |
| 322. Barnes & Noble Inc | B | Dividend | K | T | | | | | |
| 323. Bristol Myers Squibb | E | Dividend | N | T | Sold (part) | 05/05/10 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Chevron Corporation | C | Dividend | M | T | Buy | 08/30/10 | M | | |
| 325. Chubb Corp | C | Dividend | M | T | | | | | |
| 326. Colgate Palmolive Co | D | Dividend | N | T | Sold (part) | 05/05/10 | K | E | |
| 327. Conocophillips | C | Dividend | M | T | | | | | |
| 328. EMC Corp | | None | L | T | | | | | |
| 329. General Electric | C | Dividend | M | T | | | | | |
| 330. Google Inc | | None | | | Sold | 05/05/10 | M | | |
| 331. Google Inc | | None | M | T | Buy | 08/30/10 | M | | |
| 332. HBW Inc | | None | N | W | | | | | |
| 333. Occidental Petroleum Corp | C | Dividend | M | T | | | | | |
| 334. Ingersoll Rand Co | A | Dividend | M | T | | | | | |
| 335. Intel Corp | C | Dividend | L | T | | | | | |
| 336. Panera Bread Co Cl A | | None | M | T | | | | | |
| 337. Starbucks | C | Dividend | N | T | | | | | |
| 338. Target Corp | B | Dividend | M | T | | | | | |
| 339. Verizon Communications | B | Dividend | K | T | Buy | 11/05/10 | K | | |
| 340. Wesbanco | D | Dividend | M | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. Whole Foods Market Inc | B | Dividend | M | T | | | | | |
| 342. MFS WV Muni Bond Fd | E | Interest | O | T | | | | | |
| 343. Monongalia Co. WV 5.95% due 4/1/2013 callable 4/1/2003 | B | Interest | K | T | | | | | |
| 344. WV Infrastruct 1996 Ser B 5.7% due 11/1/2010 | B | Interest | | | Matured | 11/01/10 | K | | |
| 345. Raleigh Cnty 3.6% due 12/1/10 | A | Interest | | | Matured | 12/01/10 | K | | |
| 346. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | | | Matured | 07/01/10 | L | | |
| 347. WV ST Rd 4.25% due 6/1/10 | B | Interest | | | Matured | 06/01/10 | K | | |
| 348. WV Econ Dev 4.15% due 11/15/11 | B | Interest | K | T | | | | | |
| 349. WV Econ Dev 4.7% due 11/1/12 | B | Interest | L | T | | | | | |
| 350. WV ST Hsg 4.9% due 11/1/14 | B | Interest | | | Sold | 11/01/10 | K | | |
| 351. Parkersburg WV Waterworks 3.9% due 9/1/2012 | B | Interest | L | T | | | | | |
| 352. FHLM 2.75% due 4/28/14 | B | Interest | | | Sold | 04/28/10 | L | A | |
| 353. FNMA 3.2% due 4/27/15 | B | Interest | | | Sold | 07/27/10 | L | A | |
| 354. American Century Vista | | None | M | T | | | | | |
| 355. T Rowe Price New Horizons A | | None | M | T | Buy (add'l) | 12/15/10 | J | | |
| 356. Trust #5 | D | Dividend | N | T | | | | | |
| 357. Assets of Trust #5 listed as aggregate amount above: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Federated Money Market US Treasury Cash Reserves | | | | | | | | | |
| 359. A&T | | | | | | | | | |
| 360. Amgen | | | | | | | | | |
| 361. BP PLC | | | | | | | | | |
| 362. CVS Corp | | | | | Sold | 10/01/10 | J | A | |
| 363. Caterpillar | | | | | | | | | |
| 364. Cisco Systems | | | | | | | | | |
| 365. Conoco Phillips | | | | | | | | | |
| 366. Ensco Int'l | | | | | | | | | |
| 367. General Electric | | | | | | | | | |
| 368. Honeywell | | | | | | | | | |
| 369. Jacobs Engineering | | | | | Sold | 10/01/10 | J | | |
| 370. Kinder Morgan Energy | | | | | | | | | |
| 371. Kohls | | | | | | | | | |
| 372. McDonalds | | | | | | | | | |
| 373. McKesson Corp | | | | | Buy | 10/01/10 | J | | |
| 374. Microsoft | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Oracle Systems | | | | | | | | | |
| 376. Proctor & Gamble | | | | | | | | | |
| 377. Teva Pharmaceutical | | | | | | | | | |
| 378. Toronto Dominion Bank | | | | | | | | | |
| 379. Wells Fargo | | | | | | | | | |
| 380. WesMark Bond Fund #556 | | | | | Sold (part) | 01/15/10 | J | C | |
| 381. WesMark Bond Fund #556 | | | | | Sold (part) | 04/20/10 | J | A | |
| 382. WesMark Bond Fund #556 | | | | | Sold (part) | 06/23/10 | J | | |
| 383. WesMark Bond Fund #556 | | | | | Sold (part) | 06/30/10 | J | | |
| 384. WesMark Bond Fund #556 | | | | | Sold (part) | 07/13/10 | J | C | |
| 385. Trust #6 | F | Dividend | P1 | T | | | | | |
| 386. Assets Of Trust #6 listed as aggregate above: | | | | | | | | | |
| 387. Federated Money Market US Treasury Reserves | | | | | | | | | |
| 388. AT&T | | | | | | | | | |
| 389. Amgen | | | | | | | | | |
| 390. Apache | | | | | | | | | |
| 391. Apple Computer | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Boeing Company | | | | | Buy | 10/01/10 | K | | |
| 393. BP PLC | | | | | Sold | 12/21/10 | K | | |
| 394. Bristol Myers Squibb | | | | | | | | | |
| 395. CVS | | | | | Sold | 10/01/10 | K | A | |
| 396. Caterpillar | | | | | | | | | |
| 397. Cisco Systems | | | | | | | | | |
| 398. Coca Cola Co | | | | | | | | | |
| 399. Commerce Bancshares | | | | | Buy | 10/01/10 | K | | |
| 400. Conoco Phillips | | | | | | | | | |
| 401. Devon Energy | | | | | | | | | |
| 402. Eaton Corp | | | | | Buy | 10/01/10 | K | | |
| 403. Ensco Int'l Inc | | | | | | | | | |
| 404. Emerson Int'l | | | | | | | | | |
| 405. Exxon Mobil (merged from XTO Energy lined 425) | | | | | | 06/28/10 | K | | |
| 406. Exxon Mobil | | | | | Buy (add'l) | 10/01/10 | K | | |
| 407. Exxon Mobil | | | | | Sold (part) | 06/28/10 | J | A | |
| 408. Nextera Energy (formerly FPL Group) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Federated Total Return Bond Fund | | | | | | | | | |
| 410. Fluor Corp | | | | | | | | | |
| 411. General Electric | | | | | | | | | |
| 412. General Mills | | | | | | | | | |
| 413. Hewlett Packard | | | | | | | | | |
| 414. IBM | | | | | | | | | |
| 415. JP Morgan Chase & Co | | | | | Sold (part) | 10/01/10 | K | E | |
| 416. Jacobs Engineering | | | | | Sold | 10/01/10 | J | | |
| 417. Proctor & Gamble | | | | | | | | | |
| 418. Kinder Morgan Energy | | | | | | | | | |
| 419. Kohls | | | | | | | | | |
| 420. McDonalds | | | | | | | | | |
| 421. Nucor Corp | | | | | | | | | |
| 422. Vanguard Emerging VIP | | | | | | | | | |
| 423. WesMark Bond Fund #556 | | | | | | | | | |
| 424. Pfizer Inc | | | | | Sold | 10/01/10 | M | | |
| 425. XTO Energy | | | | | Merged (with line 405) | 06/28/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Ingersol Rand | | | | | | | | | |
| 427. Woodward Inc | | | | | Buy | 10/01/10 | K | | |
| 428. Weatherford Intl | | | | | | | | | |
| 429. Trust #7 | G | Dividend | P2 | T | | | | | |
| 430. Assets of Trust #7 listed as aggregate amount above: | | | | | | | | | |
| 431. Wesmark WV Muni Bd Fnd #548 | | | | | Sold (part) | 04/23/10 | K | | |
| 432. Wesmark Small Co Growth Fd #391 | | | | | Buy (add'l) | 12/27/10 | J | | |
| 433. AT&T | | | | | | | | | |
| 434. Apple Computer | | | | | | | | | |
| 435. Artisan International Fd #661 | | | | | | | | | |
| 436. Artisan MidCap Fund Class I | | | | | Buy | 04/15/10 | L | | |
| 437. BP PLC | | | | | | | | | |
| 438. Bank of Hawaii | | | | | Buy | 11/15/10 | L | | |
| 439. Boeing Co | | | | | Buy | 04/13/10 | L | | |
| 440. Bristol-Myers Squibb Co. | | | | | | | | | |
| 441. Burlington Northern Santa Fe Corp | | | | | Sold | 02/17/10 | L | E | |
| 442. Celgene | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | II1 =$1,000,001 - $5,000,000 | II2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Conoco Phillips | | | | | | | | | |
| 444. Chevron Corp | | | | | | | | | |
| 445. Chicago Bridge & Iron Co | | | | | Sold | 04/13/10 | M | F | |
| 446. Cisco Systems | | | | | | | | | |
| 447. Corning | | | | | | | | | |
| 448. Costco | | | | | | | | | |
| 449. Deere & Co | | | | | | | | | |
| 450. EMC Corp | | | | | | | | | |
| 451. EOG Resources | | | | | Sold (part) | 04/13/10 | M | G | |
| 452. Express Scripts | | | | | | | | | |
| 453. Federated Intercontinental Fund #176 | | | | | | | | | |
| 454. General Electric Co. | | | | | | | | | |
| 455. Google Inc | | | | | Buy | 11/15/10 | L | | |
| 456. Home Depot | | | | | Buy | 04/13/10 | L | | |
| 457. 3M | | | | | | | | | |
| 458. IBM | | | | | | | | | |
| 459. Invesco Intl Growth Fd Cl I | | | | | Buy | 04/15/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. Invesco Intl Growth Fd Cl I | | | | | Buy | 12/10/10 | J | | |
| 461. JP Morgan Chase | | | | | Buy | 04/13/10 | L | | |
| 462. McDonalds | | | | | | | | | |
| 463. Microsoft Corp | | | | | | | | | |
| 464. Nasdaq OMQ | | | | | Sold | 11/15/10 | K | C | |
| 465. Nucor Corp | | | | | Sold | 11/15/10 | L | | |
| 466. Oracle Systems | | | | | | | | | |
| 467. Oppenheimer Developing Markets Fd | | | | | Buy | 11/15/10 | L | | |
| 468. Parker-Hannifin | | | | | | | | | |
| 469. Pepsico Inc | | | | | | | | | |
| 470. Pfizer Inc | | | | | Sold | 11/15/10 | L | | |
| 471. PPG Industries | | | | | Buy | 04/13/10 | L | | |
| 472. PPG Industries | | | | | Sold | 10/04/10 | L | C | |
| 473. Proctor & Gamble Co | | | | | | | | | |
| 474. Syniverse Holdings Inc | | | | | Buy | 04/13/10 | K | | |
| 475. Teva Pharmaceutical | | | | | | | | | |
| 476. Texas Instruments Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. United Technologies | | | | | | | | | |
| 478. WesBanco, Inc. | | | | | | | | | |
| 479. Zimmer Holdings Inc | | | | | | | | | |
| 480. Trust #8 | F | Dividend | P1 | T | | | | | |
| 481. Assets of Trust #8 listed as aggregate amount above: | | | | | | | | | |
| 482. AT&T | | | | | | | | | |
| 483. Apple Computer | | | | | | | | | |
| 484. Artisan Midcap Fd Cl I | | | | | Buy | 04/15/10 | K | | |
| 485. Artisan International Fd | | | | | | | | | |
| 486. Burlinton Northern Santa Fe | | | | | Sold | 02/17/10 | K | E | |
| 487. Bank of Hawaii | | | | | Buy | 11/15/10 | K | | |
| 488. Boeing Company | | | | | Buy | 04/13/10 | K | | |
| 489. Celgene | | | | | | | | | |
| 490. Chevron Corp | | | | | | | | | |
| 491. Chicago Bridges & Iron Co | | | | | Sold | 04/13/10 | M | F | |
| 492. Cisco Systems | | | | | | | | | |
| 493. Conoco Phillips | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. Costco Wholesale Corp | | | | | | | | | |
| 495. Coming | | | | | | | | | |
| 496. Deere & Co | | | | | | | | | |
| 497. Exxon Mobil Corp | | | | | | | | | |
| 498. Federated Intercontinental #176 | | | | | | | | | |
| 499. General Electric Co common | | | | | | | | | |
| 500. Hewlett Packard | | | | | | | | | |
| 501. Home Depot | | | | | | Buy | 04/13/10 | L | | |
| 502. JP Morgan Chase | | | | | | | | | |
| 503. McDonalds | | | | | | | | | |
| 504. Microsoft, Corp | | | | | | | | | |
| 505. Nasdaq OMX Group | | | | | | Sold | 11/15/10 | K | C | |
| 506. Nucor Corp | | | | | | Sold | 11/15/10 | K | | |
| 507. 3M | | | | | | | | | |
| 508. Oppenheimer Developing Markets Cl A | | | | | | Buy | 11/15/10 | L | | |
| 509. Pepsico Inc common | | | | | | | | | |
| 510. Pfizer Inc | | | | | | Sold | 11/15/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. Proctor & Gamble | | | | | | | | | |
| 512. Texas Instruments | | | | | | | | | |
| 513. Teva Pharmaceutical | | | | | | | | | |
| 514. United Technologies Corp | | | | | | | | | |
| 515. Wesbanco | | | | | | | | | |
| 516. Wesmark WV Muni Bond Fund #548 | | | | | | | | | |
| 517. WesMark Small Co Growth Fund | | | | | Buy (add'l) | 12/27/10 | J | | |
| 518. EMC Corp | | | | | | | | | |
| 519. Trust #9 | E | Dividend | P1 | T | | | | | |
| 520. Assets of Trust #9 listed as aggregate amount above: | | | | | | | | | |
| 521. Air Products & Chemicals | | | | | | | | | |
| 522. Apache | | | | | | | | | |
| 523. Apple Computer | | | | | | | | | |
| 524. Artisan International Fund #661 | | | | | | | | | |
| 525. Artisan MidCap Fund Cl I | | | | | Buy | 04/15/10 | K | | |
| 526. Boeing Co | | | | | Buy | 04/13/10 | K | | |
| 527. Burlington Northern Sante Fe | | | | | Sold | 02/17/10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. Celgene | | | | | | | | | |
| 529. Chicago Bridge & Iron Co | | | | | Sold | 04/13/10 | K | E | |
| 530. Cisco Systems | | | | | | | | | |
| 531. Corning | | | | | | | | | |
| 532. Costco Wholesale Corp | | | | | | | | | |
| 533. Deere & Co | | | | | | | | | |
| 534. Emerson Electric | | | | | | | | | |
| 535. Ensco Int'l | | | | | | | | | |
| 536. Federated Intercontinental Fund #176 | | | | | | | | | |
| 537. Haliburton | | | | | | | | | |
| 538. Home Depot | | | | | Buy | 04/13/10 | K | | |
| 539. JP Morgan Chase | | | | | | | | | |
| 540. McDonalds | | | | | | | | | |
| 541. Medco Health Solutions | | | | | | | | | |
| 542. Nucor Corp | | | | | Sold | 11/15/10 | K | | |
| 543. 3M | | | | | | | | | |
| 544. Oppenheimer Developing Markets Cl A | | | | | Buy | 12/27/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. Pepsico | | | | | | | | | |
| 546. Syniverse Holdings Inc | | | | | Buy | 04/13/10 | K | | |
| 547. Teva Pharmaceutical | | | | | | | | | |
| 548. Texas Instruments | | | | | | | | | |
| 549. United Technologies | | | | | | | | | |
| 550. WesMark WV Muni #548 | | | | | Sold (part) | 12/08/10 | J | | |
| 551. WesMark Small Co Growth Fund | | | | | Buy | 12/27/10 | J | | |
| 552. WesBanco | | | | | | | | | |
| 553. EMC Corp | | | | | | | | | |
| 554. EOG Resources | | | | | Sold | 04/13/10 | K | E | |
| 555. Transocean Inc | | | | | | | | | |
| 556. Trust #10 (Security National) | E | Dividend | P1 | T | | | | | |
| 557. Assets of Trust #10 listed as aggregate above | | | | | | | | | |
| 558. AT&T | | | | | | | | | |
| 559. Abbott Labs | | | | | | | | | |
| 560. Affiliated Computer | | | | | Sold | 02/11/10 | J | D | |
| 561. Xerox Corporation | | | | | Merged (with line 560) | 02/08/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. Xerox Corporation | | | | | Sold | 03/17/10 | K | | |
| 563. Air Prods & Chems Inc | | | | | | | | | |
| 564. Amgen | | | | | Sold | 12/22/10 | L | | |
| 565. Apple Inc | | | | | Buy | 12/22/10 | K | | |
| 566. Bank of NY Mellon | | | | | | | | | |
| 567. Boeing | | | | | | | | | |
| 568. CVS Corp | | | | | Sold | 08/26/10 | K | | |
| 569. Caterpillar Inc | | | | | | | | | |
| 570. Colgate Palmolive | | | | | | | | | |
| 571. Computer Sciences | | | | | | | | | |
| 572. Devon Energy | | | | | | | | | |
| 573. Dominion Resources | | | | | | | | | |
| 574. Dow Chemical | | | | | Sold | 08/26/10 | K | | |
| 575. Duke Energy Corp | | | | | | | | | |
| 576. EMC Corp | | | | | | | | | |
| 577. Exxon Mobil | | | | | | | | | |
| 578. General Electric | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE. *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 579. Home Depot | | | | | Buy | 11/01/10 | K | | |
| 580. Intel | | | | | | | | | |
| 581. IBM | | | | | | | | | |
| 582. Johnson & Johnson | | | | | | | | | |
| 583. Kimberly Clark | | | | | | | | | |
| 584. Federated Prime Obligations | | | | | | | | | |
| 585. Omnicom Gr | | | | | Sold (part) | 11/01/10 | K | | |
| 586. Oracle | | | | | | | | | |
| 587. Pepsico Inc | | | | | | | | | |
| 588. Proctor & Gamble | | | | | | | | | |
| 589. Progress Energy | | | | | | | | | |
| 590. PNC Financial Svcs Group | | | | | | | | | |
| 591. Quest Diagnostics | | | | | | | | | |
| 592. Thermo Fisher Scientific Inc | | | | | | | | | |
| 593. United Technologies | | | | | | | | | |
| 594. Verizon Communications | | | | | | | | | |
| 595. Frontier Communications | | | | | Spinoff (from line 594) | 07/08/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Frontier Communications | | | | | Sold | 08/26/10 | J | A | |
| 597. Zimmer Holdings | | | | | | | | | |
| 598. Trust #11 (Security Nat'l) | E | Int./Div. | P1 | T | | | | | |
| 599. Assets of Trust #11 listed as aggregate above | | | | | | | | | |
| 600. Federal Prime - Obligations | | | | | | | | | |
| 601. FNMA 3% due 5/26/2015 | | | | | Buy | 05/18/10 | L | | |
| 602. FNMA 3% due 5/26/2015 | | | | | Sold | 11/26/10 | K | | |
| 603. FHLB 4.625% due 8/15/12 | | | | | | | | | |
| 604. FHLB 3.375% due 2/27/13 | | | | | | | | | |
| 605. FHLB 4.5% due 3/26/15 | | | | | Sold | 03/26/10 | K | A | |
| 606. FHLB 4.75% due 11/14/14 | | | | | | | | | |
| 607. FHLB 3% due 10/6/14 | | | | | Sold | 10/18/10 | K | A | |
| 608. FNMA 4.5% due 2/15/11 | | | | | | | | | |
| 609. FHLM 3.16% due 3/15/16 | | | | | Buy | 03/22/10 | K | | |
| 610. United Parcel Svc 4% due 7/15/13 | | | | | Sold | 01/15/10 | K | | |
| 611. Caterpillar Finl Note 4.25% due 2/15/13 | | | | | | | | | |
| 612. AT&T | | | | | Buy (add'l) | 03/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. Abbott Labs | | | | | | | | | |
| 614. Affiliated Computer | | | | | Sold | 02/11/10 | J | B | |
| 615. Xerox Corp | | | | | Merged (with line 614) | 02/08/10 | K | | |
| 616. Xerox Corp | | | | | Sold | 05/17/10 | J | | |
| 617. Air Prods & Chems Inc | | | | | | | | | |
| 618. Amgen Inc | | | | | Sold (part) | 12/29/10 | K | | |
| 619. Apple Inc | | | | | Buy | 09/03/10 | K | | |
| 620. Automatic Data Processing | | | | | Buy | 09/03/10 | K | | |
| 621. Bank of NY Mellon | | | | | | | | | |
| 622. Best Buy | | | | | | | | | |
| 623. BHP Billiton LTD | | | | | | | | | |
| 624. Boeing Co | | | | | Sold | 03/09/10 | J | | |
| 625. BP PLC | | | | | Sold | 06/11/10 | J | | |
| 626. CVS | | | | | | | | | |
| 627. Caterpillar Inc | | | | | | | | | |
| 628. Chevron Corporation (formerly ChevronTexaco Corp) | | | | | Buy (add'l) | 09/03/10 | K | | |
| 629. Cisco | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. Colgate Palmolive | | | | | Buy (add'l) | 09/03/10 | J | | |
| 631. Computer Services Corp | | | | | Buy | 03/09/10 | K | | |
| 632. Constellation | | | | | Sold | 03/09/10 | J | | |
| 633. Conocophillips | | | | | | | | | |
| 634. Dow Chemical | | | | | Buy | 03/09/10 | J | | |
| 635. Duke Energy | | | | | | | | | |
| 636. EMC Corp Mass | | | | | | | | | |
| 637. Exxon Mobil | | | | | Buy | 03/09/10 | J | | |
| 638. Exxon Mobil | | | | | Buy | 12/20/10 | J | | |
| 639. Thermo Fisher | | | | | | | | | |
| 640. General Electric Co | | | | | | | | | |
| 641. Home Depot | | | | | Buy (add'l) | 09/03/10 | J | | |
| 642. IBM | | | | | | | | | |
| 643. Intel Corp | | | | | | | | | |
| 644. Johnson & Johnson | | | | | Buy (add'l) | 12/20/10 | J | | |
| 645. Microsoft | | | | | | | | | |
| 646. Omnicom Group | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. Pepsico Inc | | | | | | | | | |
| 648. Proctor & Gamble | | | | | Buy (add'l) | 03/09/10 | J | | |
| 649. Progress Energy | | | | | Buy (add'l) | 09/03/10 | J | | |
| 650. Quest Diagnostics | | | | | | | | | |
| 651. Schlumberger Ltd | | | | | | | | | |
| 652. Target | | | | | | | | | |
| 653. 3M Com | | | | | Buy (add'l) | 09/03/10 | K | | |
| 654. United Technologies | | | | | Buy (add'l) | 03/09/10 | J | | |
| 655. Verizon Communications | | | | | Buy (add'l) | 12/20/10 | J | | |
| 656. Frontier Communications | | | | | Spinoff (from line 655) | 07/08/10 | J | | |
| 657. Frontier Communications | | | | | Sold | 12/20/10 | J | A | |
| 658. Zimmer Holdings | | | | | | | | | |
| 659. Franklin US Govt Class C | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 660. Franklin Adj US Gov't Class C | A | Dividend | | | Buy | 01/31/10 | J | | . |
| 661. Franklin Adj US Gov't Class C | | | | | Sold | 08/01/10 | J | | |
| 662. Franklin Total Return Class C | A | Dividend | J | T | Buy | 08/31/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Stamp (Jr.)**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544